In re:

Seanna Dorothy Struhar

    Debtor

Case No. 24-30583-thp

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0979-3 | User: Admin. | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 05, 2024 | Form ID: PT341 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Seanna Dorothy Struhar, 3720 SW 141st Avenue, Suite 201, Beaverton, OR 97005-2349 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2024        Signature:    /s/Gustava Winters

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re ) Case No. **24–30583–thp7**
**Seanna Dorothy Struhar** )
Debtor(s) ) Filing Date: 3/5/24
)
)

### PROCEDURES RE: DEBTOR IDENTIFICATION AT TELEPHONIC 341 MEETINGS

Effective March 20, 2020 and until further notice, due to concerns related to COVID–19, all chapter 7, chapter 11, chapter 12, and chapter 13 meetings of creditors convened under 11 U.S.C. § 341 ("341 Meetings") will be conducted telephonically. No in–person meetings will be conducted. Trustees will administer the required oath and debtors will testify remotely.

Please note the following additional details:

1. A conference call–in line and participant code will be designated for each 341 Meeting, and this information will be included in meeting notices. All parties are required to participate in 341 Meetings via the designated call–in line.

2. For cases represented by counsel, counsel will:

    a. have visual contact with the debtor(s) during the meeting, *via* Skype, FaceTime, etc.;

    b. confirm on the record that counsel has reviewed the debtor's valid ID, that the name on the ID matches the name on the petition, and based thereon, the debtor testifying is the person whose name appears as the debtor on the petition;

    c. confirm on the record that counsel has reviewed proof of the debtor's Social Security Number ("SSN") (stating what was used to verify the number, e.g. an original Social Security card) and that it matches what was reported to the Court in the bankruptcy case.

    Counsel, and not the Trustee, will be responsible for coordinating all necessary logistics to ensure proper debtor identification is produced to the Trustee.

3. For cases where a debtor is not represented by counsel or there are exceptional circumstances preventing counsel from having visual contact with the debtor during the 341 meeting:

    a. the debtor shall copy, scan, or take a picture of the debtor's valid ID and proof of SSN and then mail or email the documents to the Trustee prior to the 341 meeting (trustee contact information is found at https://www.justice.gov/ust–regions–r18/file/trustee_contact_information_do.pdf/download);

    b. during the meeting, the debtor shall confirm on the record that the debtor sent the Trustee a copy of the debtor's valid ID and proof of SSN;

    c. once the debtor's ID and SSN have been verified on the record, the Trustee shall destroy the identifying documents so as not to unnecessarily store personally identifiable information, unless there are continuing identification issues that remain unresolved and until they are resolved.

4. In cases where a debtor wishes to appear by video, the Trustee may confirm the debtor's identity by visually reviewing the debtor's ID and SSN on the video screen, so long as confirmation is possible. The 341 Meeting will, however, be conducted simultaneously on the designated conference call line, to permit participation by all parties in interest.

5. If during any 341 Meeting the Trustee is not able to confirm the debtor's ID or SSN, the Trustee will continue the meeting so verification can be completed at the continued meeting. The Trustee may verify the debtor's ID/SSN prior to the continued meeting and excuse the debtor's appearance, and the Trustee will make a record of that verification at the continued meeting.

**SEE REVERSE FOR IMPORTANT INFORMATION REGARDING TELEPHONE MEETING PROCEDURES**

**TELEPHONE MEETING REQUIREMENTS**

Participants must comply with each requirement listed below:

1. You must call in and connect to the telephone meeting line found on the Notice of Bankruptcy Filing no later than the start time of the meeting.

2. There are meetings scheduled at the same time as yours. When the trustee starts the meetings, listen quietly until your case is called.

3. Please mute your phone when you are not speaking. If available, set the phone to "silent" or "Do Not Disturb" so that it will not ring during the meeting. Do not put the call on hold if it will result in music or other noise.

4. When it is time for you to speak, take your phone off the "speaker" option to minimize background noise. Whenever speaking, first identify yourself.

5. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.