**Alexzander CJ Adams, Oregon Bar No. 082441**
Of Bankruptcy Counsel for Debtor
Law Office of Alexzander CJ Adams, PC
14705 SW Millikan Way
Beaverton OR 97003
Alexz@acjalaw.com
Direct (503)-278-5400

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Seanna Dorothy Struhar**<br><br>　　　　　Debtor(s). | Case No.: 24-30583-thp7<br><br>**MOTION FOR EXTENSION OF TIME TO FILE MISSING DOCUMENTS** |

## **INTRODUCTION**

COMES NOW, Debtor(s), by and through attorney, Alexzander C. J. Adams, and hereby moves this court for an Order allowing the Debtor(s) more time to file Missing Documents. This Motion is based on the following:

- The Debtor has not been able to obtain updated pay information to complete the Schedules I & J and the 122A.

**MOTION FOR EXTENSION OF TIME TO FILE MISSING DOCUMENTS** - Page 1 of 2

Law Offices of
Alexzander CJ Adams PC
14705 SW Millikan Way
Beaverton, OR 97003
Direct Line 503-278-5400

Case 24-30583-thp7    Doc 12    Filed 03/20/24

Based on the foregoing, Debtor(s) respectfully move this court to extend the time to file missing documents until March 28, 2024.

Dated: March 20, 2024

**RESPECTFULLY REQUESTED,**

/s/ Alexzander CJ Adams
**Alexzander CJ Adams**
**Oregon Bar No. 082441**
Of Bankruptcy Counsel for Debtor
Law Office of Alexzander CJ Adams, PC
14705 SW Millikan Way
Beaverton OR 97003
Alexz@acjalaw.com
Direct 503-278-5400

I hereby certify I served this motion on the Trustee and US Trustee via ECF on March 20, 2024.

/s/ Alexzander CJ Adams
**Alexzander CJ Adams**
**Oregon Bar No. 082441**
Of Bankruptcy Counsel for Debtor
Law Office of Alexzander CJ Adams, PC
14705 SW Millikan Way
Beaverton OR 97003
Alexz@acjalaw.com
Direct 503-278-5400

**MOTION FOR EXTENSION OF TIME TO FILE MISSING DOCUMENTS** - Page 2 of 2

Law Offices of
Alexzander CJ Adams PC
14705 SW Millikan Way
Beaverton, OR 97003
Direct Line 503-278-5400

Case 24-30583-thp7    Doc 12    Filed 03/20/24